IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT MARSHALL**  **PLAINTIFF**
**ADC #70872**

v.  No.: 5:12-cv-392-DPM

**RAY HOBBS** *et al.*  **DEFENDANTS**

### ORDER

No one has objected to Judge H. David Young's recommendation that Marshall's complaint be dismissed because he failed to amend and clarify his allegations. *Document No. 10.* Marshall had earlier moved for a different judge and a change of venue. *Document No. 9.* After review, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition), the Court adopts the proposal as modified. The motion, *Document No. 9*, is denied for lack of merit. Marshall's complaint is dismissed *without* prejudice. An *in forma pauperis* appeal taken from this Order and related Judgment would be frivolous and not in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2013